The People, for use State Board of Health, Plaintiff in Error, v. H. W. Turney, Defendant in Error.

This case is controlled by the decision in People v. Wilson, 249 Ill. 195.

Action in debt. Error to the Circuit Court of Montgomery county; the Hon. J. C. McBRIDE, Judge, presiding. Heard in this court at the November term, 1910. Affirmed. Opinion filed May 26, 1911.

HARRY C. STUTTLE and AMOS MILLER, for plaintiff in error.

RINAKER & RINAKER, for defendant in error.

MR. PRESIDING JUSTICE PUTERBAUGH delivered the opinion of the court.

In an action in debt to recover a penalty for selling medicines as an itinerant vendor, without first having secured a certificate from the State Board of Health, as provided by section 8, paragraph 12, chapter 91 of "An Act to Regulate the Practice of Medicine in the State of Illinois," the trial court, at the conclusion of the plaintiff's evidence directed a verdict of not guilty. In People v. Wilson, 249 Ill. 195, the section of the act upon which this prosecution is based was declared to be unconstitutional and void. The judgment must be affirmed, notwithstanding the evidence shows a clear violation of the section of the statute in question.

*Affirmed.*